JOHN F. DE ANGELO, PLAINTIFF-RESPONDENT, v.
ALSAN MASONS, INC., DEFENDANT-APPELLANT.

Argued April 23, 1973—Decided May 7, 1973.

*Mr. James D. Carton III,* argued the cause for defendant-appellant (*Messrs. Carton, Nary, Witt & Arvanitis,* attorneys; *Mr. James D. Carton, III,* of counsel).

*Mr. Peter P. Kalac* argued the cause for the plaintiff-respondent (*Messrs. Norton & Kalac,* attorneys; *Mr. Peter P. Kalac,* of counsel).

PER CURIAM. Certification is granted and the judgment is affirmed for the reasons given by the Appellate Division, 122 *N. J. Super.* 88. See *Close v. Kordulak Bros.,* 44 *N. J.* 589, 598–599 (1965).

*For affirmance*—Chief Justice WEINTRAUB, Justices JACOBS, MOUNTAIN and SULLIVAN, and Judge LEWIS—5.

*For reversal*—None.